AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 21-cv-10146
Hon. Bernard A. Friedman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nokel LLC
was received by me on *(date)* 01-22-2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Sent by email to attorney John Sheets on 01-22-2021 pursuant to our agreement to email service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01-22-2021

*Sean Riddell*
Server's signature

Sean Riddell, Attorney for Plaintiffs Mesumi and Messer
Printed name and title

400 Renaissance Center, Suite 2600, Detroit, MI 48243
Server's address

Additional information regarding attempted service, etc: