UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

GEOFFREY LEONARD, LAURA
MISUMI, and SARAH MESSER,

    Plaintiffs,

v.

NOKEL LLC, DVI 2 LLC, VILLAGES
PROPERTY MANAGEMENT LLC,
ALEX DECAMP, and REIMER
PRIESTER,

    Defendants.

Case No. 2:21-cv-10146-BAF-DRG

Hon. Bernard A. Friedman
Magistrate Judge David R. Grand

## **APPEARANCE**

PLEASE TAKE NOTICE that John T. Sheets hereby enters his appearance as attorney for ALL Defendants in the above-captioned matter.

    BARRIS, SOTT, DENN & DRIKER, P.L.L.C.

    By: */s/John T. Sheets*
        John T. Sheets (P77706)
    Attorneys for Defendants
    333 West Fort Street, Suite 1200
    Detroit, MI  48226
    313-965-9725

Dated:  February 9, 2021    jsheets@bsdd.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 9, 2021, the Appearance of John T. Sheets, and this Certificate of Service were filed with the Clerk of the Court and served on all counsel of record via the electronic court filing system.

                    By: *John T. Sheets*
                            John T. Sheets (P77706)

620683