UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

GEOFFREY LEONARD, LAURA MISUMI, and SARAH MESSER,

    Plaintiffs,

v.

NOKEL LLC, DVI 2 LLC, VILLAGES PROPERTY MANAGEMENT LLC, ALEX DECAMP, and REIMER PRIESTER,

    Defendants.

Case No. 2:21-cv-10146-BAF-DRG

Hon. Bernard A. Friedman
Magistrate Judge David R. Grand

## STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

The parties hereby agree to extend the date by which Defendants have to respond to Plaintiff's complaint to **February 26, 2021**. A proposed order to that effect has been submitted through the Utilities section of CM/ECF.

By: */s/Geoffrey Leonard (w/permission)*
    Geoffrey Leonard
*Plaintiff Pro Se*
geoffreylnrd@gmail.com

By: */s/Sean Riddell (w/permission)*
    Sean Riddell (P81302)
THE RIDDELL LAW FIRM PLLC
Attorney for Plaintiffs Misumi and Messer
sriddell@riddelllawfirm.com

By: */s/John T. Sheets*
    John T. Sheets (P77706)
BARRIS, SOTT, DENN & DRIKER, PLLC
Attorneys for Defendants
jsheets@bsdd.com

Dated: February 9, 2021

620684