UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GEOFFREY LEONARD, LAURA MISUMI, and SARAH MESSER,<br><br>    Plaintiffs,<br><br>v.<br><br>NOKEL LLC, DVI 2 LLC, VILLAGES PROPERTY MANAGEMENT LLC, ALEX DECAMP, and REIMER PRIESTER,<br><br>    Defendants. | Case No. 2:21-cv-10146<br><br>Hon. Bernard A. Friedman<br>Magistrate Judge David R. Grand |

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to the parties' Stipulation [ECF No.9]Regarding Extension of Time to Respond to the Complaint:

**IT IS HEREBY ORDERED** that the Defendants shall respond to the complaint of Geoffrey Leonard, Laura Misumi, and Sarah Messer on or before February 26, 2021.

Dated: February 9, 2021
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge