# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

___

| | |
|---|---|
| GEOFFREY LEONARD, LAURA MISUMI, and SARAH MESSER, | CASE NO. 21-cv-10146 |
| Plaintiffs, | HON. BERNARD A. FRIEDMAN<br>MAG. DAVID R. GRAND |
| v. | |
| NOKEL LLC, DVI 2 LLC, VILLAGES PROPERTY MANAGEMENT LLC, ALEX DECAMP, and REIMER PRIESTER, | |
| Defendants. | |

___

## STIPULATED ORDER REGARDING AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The parties stipulate to a fourteen-day extension of Plaintiffs' deadline to respond to Defendants' Motion to Dismiss [ECF No. 11]. Based on the parties' stipulation:

IT IS HEREBY ORDERED that Plaintiffs' deadline to respond to Defendants' Motion to Dismiss is extended by fourteen days, such that Plaintiffs' response is due no later than Friday, April 2, 2021.

IT IS SO ORDERED.

Dated:  March 15, 2021

s/Bernard A. Friedman
Senior United States District Judge

1

The following stipulate to entry of this Order as to form and substance:

| | |
|---|---|
| */s/ Geoffrey Leonard* | */s/ John T. Sheets (with consent)* |
| GEOFFREY LEONARD | BARRIS, SOTT, DENN & DRIKER, |
| *Plaintiff Pro Se* | P.L.L.C. |
| 2643 Holmes Street, Apartment 1 | By: John T. Sheets (P77706) |
| Hamtramck, Michigan 48212 | *Attorney for Defendants* |
| Phone: (646) 830-0261 | 333 West Fort Street, Suite 1200 |
| geoffreylnrd@gmail.com | Detroit, Michigan 48226 |
| | Phone: (313) 965-9725 |
| */s/ Sean Riddell* | jsheets@bsdd.com |
| THE RIDDELL LAW FIRM PLLC | |
| By: Sean Riddell (P81302) | |
| *Attorney for Plaintiffs Misumi and Messer* | |
| 400 Renaissance Center, Suite 2600 | |
| Detroit, Michigan 48243 | |
| Phone: (313) 497-0074 | |
| sriddell@riddelllawfirm.com | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on March 15, 2021.

| | |
|---|---|
| **Geoffrey Leonard** | s/Johnetta M. Curry-Williams |
| 2643 Holmes Street | Case Manager |
| Apartment 1 | |
| Hamtramck, MI 48212 | |