UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEOFFREY LEONARD, et al.,

    Plaintiffs,                                       Civil Action No. 21-CV-10146

vs.                                             HON. BERNARD A. FRIEDMAN

NOKEL LLC, et al.,

    Defendants.
_____/

## **JUDGMENT**

The Court has issued an opinion and order in this matter granting defendants' motion to dismiss. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs.

                                                          KINIKIA D. ESSIX
                                                          CLERK OF COURT

                                                          By: <u>Johnetta M. Curry-Williams</u>
                                                              Deputy Clerk

Approved: <u>s/Bernard A. Friedman</u>
                BERNARD A. FRIEDMAN
                SENIOR U.S. DISTRICT JUDGE

Dated: July 19, 2021